**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re: Smith & Son's Contracting Company I | § § § § | Case No. 23-11505-NVA |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Craig B. Leavers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $124,595.32 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $215,824.62 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $35,780.61 | | |

3) Total gross receipts of $267,698.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $16,092.90 (see **Exhibit 2**), yielded net receipts of $251,605.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $199,712.80 | $94,208.83 | $94,208.83 | $94,208.83 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $35,780.61 | $35,780.61 | $35,780.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $201,308.91 | $109,386.66 | $121,615.79 | $121,615.79 |
| **TOTAL DISBURSEMENTS** | $401,021.71 | $239,376.10 | $251,605.23 | $251,605.23 |

       4) This case was originally filed under chapter 7 on 03/07/2023.  The case was pending for 16 months.

       5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

       6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

       Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2024

By: /s/ Craig B. Leavers

Trustee, Bar No.: 26914

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $103,333.56. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $103,333.56 |
| A/R 90 days old or less. Face amount = $116.53. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $116.53 |
| A/R 90 days old or less. Face amount = $3,764.26. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $3,584.78 |
| A/R 90 days old or less. Face amount = $4,699.86. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $4,699.86 |
| A/R 90 days old or less. Face amount = $48,107.00. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $48,107.00 |
| A/R 90 days old or less. Face amount = $5,545.64. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $2,912.50 |
| 2018 Ford Transit 250 van. Valuation Method: Appraisal | 1129-000 | $9,784.85 |
| 2019 Ford Transit 250 van. Valuation Method: Appraisal | 1129-000 | $8,374.50 |
| 2019 Ford Transit 250 van. Valuation Method: Appraisal | 1129-000 | $2,211.60 |
| Checking Account at Bank of America as of 3/6/23, xxxxxx9142 | 1129-000 | $64,299.82 |
| Receivable for unknown job | 1221-000 | $275.00 |
| Refund on Ins Policy (Chesapeake Employers Ins) | 1221-000 | $4,246.00 |
| 2008 Ford F-150 Truck | 1229-000 | $1,000.00 |
| 2013 Ford F-150 Truck | 1229-000 | $1,400.00 |
| 2014 Ford F-150 Truck | 1229-000 | $3,500.00 |
| 2019 Ford F-150 | 1229-000 | $6,365.13 |
| Chesapeake Employers Insurance dividend for 2022 | 1290-000 | $3,487.00 |
| **TOTAL GROSS RECEIPTS** | | **$267,698.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael A. Smith | Distribution payment - Dividend paid at 100.00% of $16,092.90; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $16,092.90 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$16,092.90** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | U.S. Small Business Administration | 4210-000 | NA | $94,208.83 | $94,208.83 | $94,208.83 |
| N/F | U.S. Small Business Administration | 4110-000 | $162,163.34 | NA | NA | NA |
| N/F | Wells Fargo Auto | 4110-000 | $10,620.14 | NA | NA | NA |
| N/F | Wells Fargo Bank, N.A. | 4110-000 | $19,759.74 | NA | NA | NA |
| N/F | Wells Fargo Bank, N.A. | 4110-000 | $7,169.58 | NA | NA | NA |
| | **TOTAL SECURED** | | **$199,712.80** | **$94,208.83** | **$94,208.83** | **$94,208.83** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Craig B. Leavers | 2100-000 | NA | $15,830.26 | $15,830.26 | $15,830.26 |
| Trustee, Expenses - Craig B. Leavers | 2200-000 | NA | $80.23 | $80.23 | $80.23 |
| Attorney for Trustee Fees - The Law Offices of Craig B. Leavers, LLC | 3110-000 | NA | $10,120.00 | $10,120.00 | $10,120.00 |
| Attorney for Trustee, Expenses - The Law Offices of Craig B. Leavers, LLC | 3120-000 | NA | $657.18 | $657.18 | $657.18 |
| Bond Payments - BOND | 2300-000 | NA | $126.91 | $126.91 | $126.91 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $2,162.03 | $2,162.03 | $2,162.03 |
| Accountant for Trustee Fees (Other Firm) - Larry Strauss Esq. CPA & Associates, Inc. | 3410-000 | NA | $6,604.00 | $6,604.00 | $6,604.00 |
| Other Professional's Expenses - Larry Strauss Esq. CPA & Associates, Inc. | 3992-000 | NA | $200.00 | $200.00 | $200.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $35,780.61 | $35,780.61 | $35,780.61 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quill Corporation | 7100-000 | NA | $134.99 | $134.99 | $134.99 |
| 1I | Quill Corporation | 7990-000 | NA | NA | $8.11 | $8.11 |
| 2 | ABC Supply | 7100-000 | NA | $5,582.30 | $5,582.30 | $5,582.30 |
| 2I | ABC Supply | 7990-000 | NA | NA | $335.31 | $335.31 |
| 3 | Wells Fargo Bank, N.A. | 7100-000 | NA | $31,849.56 | $31,849.56 | $31,849.56 |
| 3I | Wells Fargo Bank, N.A. | 7990-000 | NA | NA | $1,913.07 | $1,913.07 |
| 4 | Johnson Lumber Co. | 7100-000 | NA | $482.09 | $482.09 | $482.09 |
| 4I | Johnson Lumber Co. | 7990-000 | NA | NA | $28.96 | $28.96 |
| 5 | Wrangler Plumbing/Heating | 7100-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |
| 5I | Wrangler Plumbing/Heating | 7990-000 | NA | NA | $210.23 | $210.23 |
| 6 | Wrangler Plumbing/Heating | 7100-000 | NA | $5,200.00 | $5,200.00 | $5,200.00 |
| 6I | Wrangler Plumbing/Heating | 7990-000 | NA | NA | $312.34 | $312.34 |
| 7I | U.S. Small Business Administration | 7990-000 | NA | NA | $5,658.73 | $5,658.73 |
| 8 | U.S. Business Administration | 7100-000 | NA | $62,637.72 | $62,637.72 | $62,637.72 |
| 8I | U.S. Business Administration | 7990-000 | NA | NA | $3,762.38 | $3,762.38 |
| N/F | ABC Supply | 7100-000 | $3,984.96 | NA | NA | NA |
| N/F | AT & T/Fleet Complete | 7100-000 | $1,400.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | AllSpark Electric | 7100-000 | $3,200.00 | NA | NA | NA |
| N/F | American Express | 7100-000 | $38,072.41 | NA | NA | NA |
| N/F | Baltimore Gas & Electric Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank Of America, N.A. | 7100-000 | $35,967.80 | NA | NA | NA |
| N/F | Bay Stoves Hearth & Heat Inc. | 7100-000 | $532.51 | NA | NA | NA |
| N/F | Capital Concrete Foundations Inc. | 7100-000 | $1,053.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $15,952.47 | NA | NA | NA |
| N/F | Charon Smith | 7100-000 | $40,000.00 | NA | NA | NA |
| N/F | Comcast Cable | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Home Depot | 7100-000 | $635.24 | NA | NA | NA |
| N/F | Johnson Lumber Co. | 7100-000 | $750.55 | NA | NA | NA |
| N/F | Lowe`s | 7100-000 | $16,697.18 | NA | NA | NA |
| N/F | Maryland Air & Mechanical Services | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Pasadena Building Concepts Inc. | 7100-000 | $2,800.00 | NA | NA | NA |
| N/F | Quill LLC | 7100-000 | $256.48 | NA | NA | NA |
| N/F | RingCentral | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sherwin Williams Co. | 7100-000 | $1,267.73 | NA | NA | NA |
| N/F | Smith & Co. HVAC | 7100-000 | $3,765.00 | NA | NA | NA |
| N/F | Statewide Septic & Backhoe Inc. | 7100-000 | $316.98 | NA | NA | NA |
| N/F | Tesla Electric | 7100-000 | $1,940.00 | NA | NA | NA |
| N/F | Townsquare | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Wells Fargo SBL (credit line) | 7100-000 | $22,049.29 | NA | NA | NA |
| N/F | Wex Bank | 7100-000 | $2,517.31 | NA | NA | NA |
| N/F | Wrangler Plumbing/Heating | 7100-000 | $6,150.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$201,308.91** | **$109,386.66** | **$121,615.79** | **$121,615.79** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

Case No.: 23-11505-NVA

Case Name: Smith & Son's Contracting Company I

For Period Ending: 07/10/2024

Trustee Name: (400590) Craig B. Leavers

Date Filed (f) or Converted (c): 03/07/2023 (f)

§ 341(a) Meeting Date: 04/14/2023

Claims Bar Date: 06/20/2023

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Bank of America as of 3/6/23, xxxxxx9142 | 64,209.81 | 64,209.81 | | 64,299.82 | FA |
| 2* | A/R 90 days old or less. Face amount = $3,764.26. Doubtful/Uncollectible accounts = $0.00. (See Footnote) | 3,764.26 | 3,764.26 | | 3,584.78 | FA |
| 3* | A/R 90 days old or less. Face amount = $44,269.86. Doubtful/Uncollectible accounts = $38,072.41. (See Footnote) | 6,197.45 | 6,197.45 | | 0.00 | FA |
| 4* | A/R 90 days old or less. Face amount = $10,817.49. Doubtful/Uncollectible accounts = $0.00. (See Footnote) | 10,817.49 | 10,817.49 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount = $116.53. Doubtful/Uncollectible accounts = $0.00. | 116.53 | 116.53 | | 116.53 | FA |
| 6* | A/R 90 days old or less. Face amount = $24,984.42. Doubtful/Uncollectible accounts = $0.00. (See Footnote) | 24,984.42 | 24,984.42 | | 0.00 | FA |
| 7 | A/R 90 days old or less. Face amount = $103,333.56. Doubtful/Uncollectible accounts = $0.00. | 103,333.56 | 103,333.56 | | 103,333.56 | FA |
| 8* | A/R 90 days old or less. Face amount = $1,252.34. Doubtful/Uncollectible accounts = $0.00. (See Footnote) | 1,252.34 | 1,252.34 | | 0.00 | FA |
| 9* | A/R 90 days old or less. Face amount = $36,895.17. Doubtful/Uncollectible accounts = $750.55. (See Footnote) | 36,144.62 | 36,144.62 | | 0.00 | FA |
| 10* | A/R 90 days old or less. Face amount = $5,545.64. Doubtful/Uncollectible accounts = $0.00. (See Footnote) | 5,545.64 | 2,912.50 | | 2,912.50 | FA |
| 11 | A/R 90 days old or less. Face amount = $4,699.86. Doubtful/Uncollectible accounts = $0.00. | 4,699.86 | 4,699.86 | | 4,699.86 | FA |
| 12 | A/R 90 days old or less. Face amount = $48,107.00. Doubtful/Uncollectible accounts = $0.00. | 48,107.00 | 48,107.00 | | 48,107.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 23-11505-NVA | Trustee Name: | (400590) Craig B. Leavers |
| --- | --- | --- | --- |
| Case Name: | Smith & Son's Contracting Company I | Date Filed (f) or Converted (c): | 03/07/2023 (f) |
| | | § 341(a) Meeting Date: | 04/14/2023 |
| For Period Ending: | 07/10/2024 | Claims Bar Date: | 06/20/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 13* | Other inventory or supplies: 960 sf Acoustical coiling tiles (un-open), misc. lumber & trim, misc. plywood (5 pieces (5) $55.00 each), 2 sections of small scaffolding, 1 power washer, 1 generator, 1 de-humidifier, 2 dryers/blowers, 2 window air conditioner units (small), 1 ceramic tile cutter, 1 floor buffer, 1 paint sprayer, 1 turpedo kerosene heater, 6 gas/kerosene cans, 5 sheets drywall, 12 misc. interior doors (slab only). misc. insulation, misc. flex pipe insulation, 3 misc. mop cans, 8 misc. extension ladders, 1 aluminum pumpjack system with walk board, misc. aluminum door/window wrap, 1 sink vanity, push dolly, misc. paint, spackle, floor/tile adhesive, cleaning products, 1 metal break machine, 2 storm doors (in box), 4 misc. vinyl windows, 5 door dollies, misc. nails & fasteners, misc. tools, levels & extension cords 3 misc. (3`x5`) cement boards for ceramic tile, 2 boxes vinyl tile 90 sf (un-open), misc. ram board, silt fence, schluter rolls, sakrete tubes cardboard (to pour concrete), 3 LVL beams (wood), 2 misc. bug sprayer (pump style), misc. vinyl railings for decks, misc. gutter pieces, door knobs, heat registers, tape, caulk, paint thinners, deodorizing products, grout cleaners, tile spacers, rug cleaning products, misc. light fixtures, 20 misc. shovels, rakes, post hole diggers, broom floor scrapers, Net Book Value: $14,885.00 (See Footnote) | 14,885.00 | 14,885.00 | OA | 0.00 | FA |
| 14* | Other inventory or supplies: 4 Pieces misc. closed wire shelving, misc. roofing products (flashing, ice & snow shield, tar, shingles, 2 misc. submergible water pumps, 1 trash cart with wheels, Net Book Value: $14,885.00 (See Footnote) | 14,885.00 | 14,885.00 | OA | 0.00 | FA |
| 15* | 1 desktop computer/monitor 1 HP printer 1 calculator 2 desk chairs 1 folding chair Desk accessories 8 black mesh desk organizers (all types) 2 telephones 3 2 drawer file cabinets 6 black stools 1 key box 1 trash can 1 tape dispenser 2 staplers 1 2 hold punch 1 3 hole punch. (See Footnote) | 1,349.00 | 1,349.00 | OA | 0.00 | FA |
| 16* | 1 desk 1 desk chair 1 HP printer (broken) 1 large 2 drawer file cabinet 1 HP printer (large) (broken) 1 2 drawer file cabinet 1 telephone 3 mesh desk organizers 2 folding chairs 1 trash can. (See Footnote) | 245.00 | 245.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

Case No.: 23-11505-NVA
Case Name: Smith & Son's Contracting Company I
For Period Ending: 07/10/2024

Trustee Name: (400590) Craig B. Leavers
Date Filed (f) or Converted (c): 03/07/2023 (f)
§ 341(a) Meeting Date: 04/14/2023
Claims Bar Date: 06/20/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17* | 1 desk 1 desk chair 1 laptop computer 1 calculator 2 2 drawer file cabinet 1 trash can 1 telephone 1 stapler Desk accessories 8 black mesh desk organizers. (See Footnote) | 820.00 | 820.00 | OA | 0.00 | FA |
| 18* | 1 microwave 1 refrigerator 2 2 drawer file cabinets (broken) 1 folding table. (See Footnote) | 315.00 | 315.00 | OA | 0.00 | FA |
| 19* | Misc. printer ink, paper, paperclips, envelopes, folders,, pens, pencils, highlighters, tape, staples etc. (See Footnote) | 200.00 | 200.00 | OA | 0.00 | FA |
| 20* | 2018 Ford Transit 250 van. Valuation Method: Appraisal (See Footnote) | 23,333.00 | 16,163.42 | | 9,784.85 | FA |
| 21* | 2019 Ford Transit 250 van. Valuation Method: Appraisal (See Footnote) | 31,604.00 | 11,844.26 | | 2,211.60 | FA |
| 22* | 2019 Ford Transit 250 van. Valuation Method: Appraisal (See Footnote) | 32,515.00 | 21,894.86 | | 8,374.50 | FA |
| 23* | Estimated Federal, Tax Year 2022 (See Footnote) | 6,500.00 | 0.00 | | 0.00 | FA |
| 24* | Insurance claim for theft of catalytic convertors on Debtor's vehicles (See Footnote) | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 25 | Refund on Ins Policy (Chesapeake Employers Ins) (u) | 4,246.00 | 4,246.00 | | 4,246.00 | FA |
| 26* | 2008 Ford F-150 Truck (u) (See Footnote) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 27* | 2013 Ford F-150 Truck (u) (See Footnote) | 1,400.00 | 1,400.00 | | 1,400.00 | FA |
| 28* | 2014 Ford F-150 Truck (u) (See Footnote) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 29* | 2019 Ford F-150 (u) (See Footnote) | Unknown | 6,365.13 | | 6,365.13 | FA |
| 30* | Chesapeake Employers Insurance dividend for 2022 (u) (See Footnote) | Unknown | 3,487.00 | | 3,487.00 | FA |
| 31* | Receivable for unknown job (u) (See Footnote) | Unknown | 275.00 | | 275.00 | FA |
| 31 | **Assets Totals (Excluding unknown values)** | **$451,969.98** | **$415,414.51** | | **$267,698.13** | **$0.00** |

RE PROP# 2    Trustee requested and, on 4/11/2023, received the money in Debtor's Bank of America account.  Afterwards, this receivable was paid in full by homeowner's insurance company via EFT on 5/9/23.  Trustee discovered the subsequent deposit after sending out collection letters.  Afterwards, Trustee requested and, on 12/4/2023, received the additional funds in the BoA account.  Based on what was paid by insurance company and what was received, there was a shortage of $179.48.  Trustee requested bank statements to account for the shortage and investigate any additional deposits and/or withdraws.  The shortage is due to automatic withdraws from ADP for payroll, service fees, and other small automatic deductions.  BoA has confirmed that the account has now been closed.  The cost to collect the shortage would be more than the shortage itself.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| | |
|---|---|
| **Case No.:** 23-11505-NVA | **Trustee Name:** (400590) Craig B. Leavers |
| **Case Name:** Smith & Son's Contracting Company I | **Date Filed (f) or Converted (c):** 03/07/2023 (f) |
| | **§ 341(a) Meeting Date:** 04/14/2023 |
| **For Period Ending:** 07/10/2024 | **Claims Bar Date:** 06/20/2023 |

| | |
|---|---|
| RE PROP# 3 | Not pursing this receivable. Documents provided by trustee for homeowner support assertion that 96% of the debtor's estimate was paid by the insurance company on May 23, 2021. Those funds were given to the debtor by the trustee, but "very little work was done and [he] was notified 2 weeks later that they were bankrupt." Debtor walked off the job. As such, it took four months longer to finish the job than originally agreed upon.<br> Trustee spent $29,982.73 to finish the job, pay for rent of another place for a tenant because the house was not finished, and for other expenses that would be compensatory. See docs in document portal. |
| RE PROP# 4 | Not pursing this receivable. Documents provided by trustee for homeowner support assertion that 96% of the debtor's estimate was paid by the insurance company on May 23, 2021. Those funds were given to the debtor by the trustee, but "very little work was done and [he] was notified 2 weeks later that they were bankrupt." Debtor walked off the job. As such, it took four months longer to finish the job than originally agreed upon.<br> Trustee spent $29,982.73 to finish the job, pay for rent of another place for a tenant because the house was not finished, and for other expenses that would be compensatory. See docs in document portal. |
| RE PROP# 6 | Received letter from homeowner's attorney. The debtor abandoned the job having only completed about 50-60% of the work done. The contract provided for the work to be done in 150 days, but the debtor spent ten (10) months on the job only to abandon it after only doing 50-60% of the work. The homeowner had to pay $42,367.62 to others to complete the job. In short, they dispute that the debtor is owned anything based on what it legitimately cost to compete the remainder of the contract work after the abandonment. Letter is in document portal. It appears that the homeowner has valid defenses to paying. Further given the cost to litigate a $24k case is not worth the possible return if we were to prevail. |
| RE PROP# 8 | Collection letter was sent to customer, Rainbow International ("RI"), on 11/16/2023. Did not receive money from RI, and, therefore, on 12/18/2023, I called and spoke with owner, Jon Hass. He only said that he would look into the matter. RI is not going to pay and it is not worth filing a suit to collect this receivable. |
| RE PROP# 9 | Not pursuing this collectible. Spoke with Ryan Cole, homeowner that owes money to debtor, as well as his attorney, Henry Abrams. He asserted that debtor walked off job and did not finish. The outstanding invoice represents the last payment due under the contract, and was for work that was not done. Documents provided to me by Mr. Cole and Mr. Abrams evidence that Mr. Cole had to hire others to finish. It cost him more to finish that contracted with the debtor and new contractor had to correct errors made by debtor. Discussed this with Charon Smith, who did book keeping for the debtor. She confirmed in an email that the debtor walked off the job and that the homeowners had to hire somebody else to finish. |
| RE PROP# 10 | Debtor scheduled this receivable as being in the amount of $5,545.64. After sending out collection letters, homeowner contacted me and provided me documents from the bank and debtor reflecting that the final amount due is actually $2,912.50. |
| RE PROP# 13 | Doc No 26 |
| RE PROP# 14 | Doc No 26 |
| RE PROP# 15 | Doc No 26 |
| RE PROP# 16 | Doc No 26 |
| RE PROP# 17 | Doc No 26 |
| RE PROP# 18 | Doc No 26 |
| RE PROP# 19 | Doc No 26 |
| RE PROP# 20 | Sale of truck authorized by order entered on June 28, 2023 (Doc. No. 22) |
| RE PROP# 21 | Sale of truck authorized by order entered on June 28, 2023 (Doc. No. 22) |
| RE PROP# 22 | Sale of truck authorized by order entered on June 28, 2023 (Doc. No. 22) |
| RE PROP# 23 | 2022 tax return was not filed by debtor. Scheduled value was an estimate. Trustee accountant prepared 2022 return and there is no refund due to the Debtor. |
| RE PROP# 24 | Spoke to Charon Smith, the book keeper for the debtor, about this asset. In an email, she informed me: "No claim was filed for the trucks since all the trucks were taken to be sold and the insurance was canceled." |
| RE PROP# 26 | Truck was titled in the name of the Debtor's principal, but was purchased by the Debtor. This truck was sold via Trustee's Notice of Proposed Sale of Property for $1,000.00 (Doc. No. 16). |
| RE PROP# 27 | Truck was titled in the name of the Debtor's principal, but was purchased by the Debtor. This truck was sold via Trustee's Notice of Proposed Sale of Property for $1,000.00 (Doc. No. 16). |
| RE PROP# 28 | Truck was titled in the name of the Debtor's principal, but was purchased by the Debtor. This truck was sold via Trustee's Notice of Proposed Sale of Property for $1,000.00 (Doc. No. 16). |
| RE PROP# 29 | This truck was not scheduled as an asset of the estate. The Trustee discovered that the truck was purchased with Debtor funds after reviewing the Debtor's books and records. Motion was filed seeking, and order was entered grating, authorization to sell the truck free and clear of liens. (Doc Nos 29, 30) |
| RE PROP# 30 | Debtor received check dated 11/20/2023 from Chesapeake Employers Insurance in the amount of $3,487.00, representing an "earned corporate dividend" for the Calendar year 2022. |
| RE PROP# 31 | Mike Smith, the principal of the Debtor, received and forwarded to me a check from State Farm in the amount of $275.00. He did not know for what job the check was issued. |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 5

**Case No.:** 23-11505-NVA
**Case Name:** Smith & Son's Contracting Company I
**For Period Ending:** 07/10/2024

**Trustee Name:** (400590) Craig B. Leavers
**Date Filed (f) or Converted (c):** 03/07/2023 (f)
**§ 341(a) Meeting Date:** 04/14/2023
**Claims Bar Date:** 06/20/2023

**Major Activities Affecting Case Closing:**

THE ASSET IS MONEY IN A BANK ACCOUNT AND POSSIBLE RECEIVEABLES

6/18/2024 - all checks cleared.  closed account

5/15/2024 - distribution checks issued and mailed

5/15/2024 - Fee Apps orders entered (Doc Nos. 50-52)

4/4/2024 - new Fee Apps and NFR filed  (Doc Nos. 45-48)

4/4/2024 - UST filed new TFR (Doc No 44)

4/4/2024 - submit revised TFR, NFR and Fee Apps to UST

4/4/2024 - withdrawal of Fee Apps and NFR - Doc Nos 39-42 (Doc No 43)

4/3/2024 - Fee Apps and NFR filed (Doc Nos 39-42)

4/3/2024 - TFR filed (Doc No 38)

2/26/2024 - TFR and NDR to UST

2/26/2024 - received estate tax returns from Larry

2/14/2024 - 2020 and 2021 tax returns to Larry Strauss, accountant.  Email to book keeper for debtor, Charon Smith, to get Larry Strauss quick book back ups and other documents me will need for tax returns

1/30/2024 - received $47,408.64 check from Homesite for Oluyole job.  Deposited check

12/18/2023 - received $55,924.92 check from mortgage company for Oluyole job.  $47,408.64 remaining due and owing from Homesite (insurance co).

12/6/2023 - Order entered approving settlement with SBA (Doc No 36)

11/16/2023 - mailed collection letters to those who owe money to debtor

11/15/2023 - Report of Sale for 2019 Ford F-150 (Doc No 35)

11/15/2023 - received payoff on 2019 Ford F-150 and deposited check from R. Hollenshead from the sale of that truck

11/13/2023 - received check from sale of 2019 Ford F-150, but no payoff paper work.  Emailed R. Hollenshead re: request for payoff paperwork to Ford Motor Credit

10/11/2023 - 9019 Mtn with SBA (Doc No 33)

10/10/2023 - Order entered authorizing employment of accountant (Doc No 32)

10/5/2023 - Order entered authorizing sale of 2019 Ford F-150 (Doc No 30)

9/7/2023 - Mtn to Sell 2019 Ford F-150 Free and Clear (Doc No 29)

9/5/2023 - App to Employ Accountant (Doc No 28)

8/28/2023 - Report of Sale for Debtor's Trucks (Doc No 27)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 6

| | |
|---|---|
| Case No.: 23-11505-NVA | Trustee Name: (400590) Craig B. Leavers |
| Case Name: Smith & Son's Contracting Company I | Date Filed (f) or Converted (c): 03/07/2023 (f) |
| | § 341(a) Meeting Date: 04/14/2023 |
| For Period Ending: 07/10/2024 | Claims Bar Date: 06/20/2023 |

8/28/2023 - received check from Stuart on sale of debtor's trucks. Deposited check

8/22/2023 - called and spoke with Stuart. Told him that I still do not have the money from sale of debtor's trucks. Promised that he would get check out today

8/16/2023 - emailed Stuart and asked if he had picked up the 2019 F-150 from Mr. Smith and to inform him that I still do not have the sale proceeds from the sale of the debtor's trucks. Told him that I want it by Monday, the 21st.

8/11/2023 - Smith's counsel informed me that Mr. Smith can't afford to purchase equity in his 2019 Ford F-150 and therefore he is surrendering it to me. Emailed Stuart and told him to pick up the truck.

8/7/2023 - f/u email to Stuart and Rebecca - whether they got the releases

8/3/2023 - email to Stuart and Rebecca re: whether they got the releases and status of sale proceeds for debtor's trucks

7/14/2023 - called and spoke with Stuart. WF is not giving them the releases for the encumbered trucks. WF claims that they did not receive certain papers that Stuart was required to send and therefore they can't issue the releases until they receive that paper work. He claims that, contrary to what WF is stating, he has submitted all the paper work that he is required to submit. The issue and confusion is on WF's end. He can't release funds unless and until the releases have been issued by WF. He said that payoff funds were remitted to WF on 7/5/2023.

7/10/2023 - emailed to Stuart and Rebecca re: status of funds from sale of debtor's trucks

7/3/2023 - signed releases from Wells Fargo to give payoffs to Stuart.

6/28/2023 - Order authorizing sale of encumbered trucks of the debtor (Doc. No. 22)

5/12/2023 - Mtn to Sell Debtor's Trucks Free and Clear (Doc No 17)

5/11/2023 - Notice to Sell Unencumbered Vehicles of the Debtor (Doc No 16)

4/14/2023 - Order entered granting app to employ CBL (Doc. No. 11)

4/13/2023 - change of address with USPS

4/13/2023 - received funds from BoA. Opened account and deposited account

4/12/2023 - Mtn to Reject Lease (Doc. No. 9)

3/22/2023 - Bar Date = 6/20/2023 (Doc No 7)  Gov't Bar Date = 9/3/2023

3/22/2023 - turnover letter to Bank of America

3/22/2023 - App to Employ CBL (Doc No 6)

3/22/2023 - Notice of Assets (Doc. No 5)

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 03/22/2024 | **Current Projected Date Of Final Report (TFR):** 02/26/2024 (Actual) |

| | |
|---|---|
| 07/10/2024 | /s/Craig B. Leavers |
| Date | Craig B. Leavers |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | |
|---|---|---|
| **Case No.:** 23-11505-NVA | **Trustee Name:** | Craig B. Leavers (400590) |
| **Case Name:** Smith & Son's Contracting Company I | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***1547 | **Account #:** | ******7941 Checking |
| **For Period Ending:** 07/10/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/23 | {1} | Bank of America | This is the turnover of money from Bank of America of the funds in the debtor's bank account | 1129-000 | 64,299.82 | | 64,299.82 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 51.52 | 64,248.30 |
| 05/11/23 | {12} | Academy Mortgage Corp | Ashley Minor Receivable | 1121-000 | 48,107.00 | | 112,355.30 |
| 05/11/23 | {25} | Chesapeake Employers Ins | Refund on Insurance Policy | 1221-000 | 4,246.00 | | 116,601.30 |
| 05/11/23 | {31} | State Farm Fire and Casualty Co | Receivable | 1221-000 | 275.00 | | 116,876.30 |
| 05/11/23 | {5} | JKL | Receivable | 1121-000 | 116.53 | | 116,992.83 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 169.62 | 116,823.21 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 187.23 | 116,635.98 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 180.70 | 116,455.28 |
| 08/28/23 | | R. Hollenshead Auto Sales Inc | Net proceeds from sale of debtor's vehicles per Trustee's Notice of Proposed Sale of Property (Doc. No. 16) and that Order Granting Trustee's Motion for Authority to Sell Debtor's Vehicles Free and Clear of All Liens, Claims, Encumbrances and Interests (Doc No. 22) | | 26,270.95 | | 142,726.23 |
| | {26} | | Proceeds from sale of truck per Trustee's Notice of Proposed Sale of Property (Doc. No. 16)  $1,000.00 | 1229-000 | | | |
| | {27} | | Proceeds from sale of truck per Trustee's Notice of Proposed Sale of Property (Doc. No. 16)  $1,400.00 | 1229-000 | | | |
| | {28} | | Proceeds from sale of truck per Trustee's Notice of Proposed Sale of Property (Doc. No. 16)  $3,500.00 | 1229-000 | | | |
| | {20} | | Net proceeds from sale of truck per that Order Granting Trustee's Motion for Authority to Sell Debtor's Vehicles Free and Clear of All Liens, Claims, Encumbrances and Interests (Doc No. 22)  $9,784.85 | 1129-000 | | | |
| | {22} | | Net proceeds from sale of truck per that Order Granting Trustee's Motion for Authority to Sell Debtor's Vehicles Free and Clear of All Liens, Claims, Encumbrances and Interests (Doc No. 22)  $8,374.50 | 1129-000 | | | |

Page Subtotals:   $143,315.30   $589.07

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 23-11505-NVA | Trustee Name: | Craig B. Leavers (400590) |
|---|---|---|---|
| Case Name: | Smith & Son's Contracting Company I | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1547 | Account #: | ******7941 Checking |
| For Period Ending: | 07/10/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {21} | | Net proceeds from sale of truck per that Order Granting Trustee's Motion for Authority to Sell Debtor's Vehicles Free and Clear of All Liens, Claims, Encumbrances and Interests (Doc No. 22)  $2,211.60 | 1129-000 | | | |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 209.53 | 142,516.70 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 220.80 | 142,295.90 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 243.26 | 142,052.64 |
| 11/15/23 | {29} | R. Hollenshead Auto Sales | net proceeds from sale of truck as authorized by order entered on October 5, 2023. (Doc No 30) | 1229-000 | 6,365.13 | | 148,417.77 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 232.77 | 148,185.00 |
| 12/05/23 | {30} | Chesapeake Employers Insurance | corporate dividend for calendar year 2022 | 1290-000 | 3,487.00 | | 151,672.00 |
| 12/06/23 | {10} | Anette K. Regan | this is money due to debtor on account of services rendered to homeowner by debtor | 1121-000 | 2,912.50 | | 154,584.50 |
| 12/08/23 | {11} | ServiceMaster | money due and owing to debtor for prepetition services rendered | 1121-000 | 4,699.86 | | 159,284.36 |
| 12/08/23 | {2} | Bank of America | Money due and owing from homeowner. Insurance company paid debtor's invoice, and money was deposited into debtor's account via EFT on 5/9/23. Trustee requested and received turnover if money in account. Money received was $179.48 short. | 1121-000 | 3,584.78 | | 162,869.14 |
| 12/18/23 | {7} | Nationstar Mortgage | part of receivable from mortgage company, with remaining to be coming from insurance company | 1121-000 | 55,924.92 | | 218,794.06 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 279.79 | 218,514.27 |
| 01/30/24 | {7} | Homesite Group Inc | remaining amount due on Oluyole job | 1121-000 | 47,408.64 | | 265,922.91 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 386.81 | 265,536.10 |
| 02/26/24 | 101 | SeibertKeck Insurance Partners | Invoice # 1405684 | 2300-000 | | 126.91 | 265,409.19 |
| 05/15/24 | 102 | U.S. Small Business Administration | Distribution payment - Dividend paid at 100.00% of $94,208.83; Claim # 7; Filed: $94,208.83 | 4210-000 | | 94,208.83 | 171,200.36 |
| 05/15/24 | 103 | U.S. Small Business Administration | Distribution payment - Dividend paid at 100.00% of $5,658.73; Claim # 7I; Filed: $5,658.73 | 7990-000 | | 5,658.73 | 165,541.63 |
| 05/15/24 | 104 | Craig B. Leavers | Combined trustee compensation & expense dividend payments. | | | 15,910.49 | 149,631.14 |
| | | Craig B. Leavers | Claims Distribution - Thu, 04-04-2024   $15,830.26 | 2100-000 | | | |

Page Subtotals:   $124,382.83   $117,477.92

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 23-11505-NVA | Trustee Name: | Craig B. Leavers (400590) |
|---|---|---|---|
| Case Name: | Smith & Son's Contracting Company I | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1547 | Account #: | ******7941 Checking |
| For Period Ending: | 07/10/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Craig B. Leavers | Claims Distribution - Thu, 04-04-2024     $80.23 | 2200-000 | | | |
| 05/15/24 | 105 | The Law Offices of Craig B. Leavers, LLC | Combined payments for claim number , | | | 10,777.18 | 138,853.96 |
| | | The Law Offices of Craig B. Leavers, LLC | Claims Distribution - Thu, 04-04-2024     $10,120.00 | 3110-000 | | | |
| | | The Law Offices of Craig B. Leavers, LLC | Claims Distribution - Thu, 04-04-2024     $657.18 | 3120-000 | | | |
| 05/15/24 | 106 | Larry Strauss Esq. CPA & Associates, Inc. | Combined payments for claim number , | | | 6,804.00 | 132,049.96 |
| | | Larry Strauss Esq. CPA & Associates, Inc. | Claims Distribution - Thu, 04-04-2024     $6,604.00 | 3410-000 | | | |
| | | Larry Strauss Esq. CPA & Associates, Inc. | Claims Distribution - Thu, 04-04-2024     $200.00 | 3992-000 | | | |
| 05/15/24 | 107 | Quill Corporation | Distribution payment - Dividend paid at 100.00% of $134.99; Claim # 1; Filed: $134.99 | 7100-000 | | 134.99 | 131,914.97 |
| 05/15/24 | 108 | Quill Corporation | Distribution payment - Dividend paid at 100.00% of $8.11; Claim # 1I; Filed: $8.11 | 7990-000 | | 8.11 | 131,906.86 |
| 05/15/24 | 109 | ABC Supply | Distribution payment - Dividend paid at 100.00% of $5,582.30; Claim # 2; Filed: $5,582.30 | 7100-000 | | 5,582.30 | 126,324.56 |
| 05/15/24 | 110 | ABC Supply | Distribution payment - Dividend paid at 100.00% of $335.31; Claim # 2I; Filed: $335.31 | 7990-000 | | 335.31 | 125,989.25 |
| 05/15/24 | 111 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 100.00% of $31,849.56; Claim # 3; Filed: $31,849.56 | 7100-000 | | 31,849.56 | 94,139.69 |
| 05/15/24 | 112 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 100.00% of $1,913.07; Claim # 3I; Filed: $1,913.07 | 7990-000 | | 1,913.07 | 92,226.62 |
| 05/15/24 | 113 | Johnson Lumber Co. | Distribution payment - Dividend paid at 100.00% of $482.09; Claim # 4; Filed: $482.09 | 7100-000 | | 482.09 | 91,744.53 |
| 05/15/24 | 114 | Johnson Lumber Co. | Distribution payment - Dividend paid at 100.00% of $28.96; Claim # 4I; Filed: $28.96 | 7990-000 | | 28.96 | 91,715.57 |
| 05/15/24 | 115 | Wrangler Plumbing/Heating | Distribution payment - Dividend paid at 100.00% of $3,500.00; Claim # 5; Filed: $3,500.00 | 7100-000 | | 3,500.00 | 88,215.57 |
| 05/15/24 | 116 | Wrangler Plumbing/Heating | Distribution payment - Dividend paid at 100.00% of $210.23; Claim # 5I; Filed: $210.23 | 7990-000 | | 210.23 | 88,005.34 |
| 05/15/24 | 117 | Wrangler Plumbing/Heating | Distribution payment - Dividend paid at 100.00% of $5,200.00; Claim # 6; Filed: $5,200.00 | 7100-000 | | 5,200.00 | 82,805.34 |
| 05/15/24 | 118 | Wrangler Plumbing/Heating | Distribution payment - Dividend paid at 100.00% of $312.34; Claim # 6I; Filed: $312.34 | 7990-000 | | 312.34 | 82,493.00 |

Page Subtotals:     $0.00     $67,138.14

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 23-11505-NVA | Trustee Name: | Craig B. Leavers (400590) |
| --- | --- | --- | --- |
| Case Name: | Smith & Son's Contracting Company I | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1547 | Account #: | ******7941 Checking |
| For Period Ending: | 07/10/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/15/24 | 119 | U.S. Business Administration | Distribution payment - Dividend paid at 100.00% of $62,637.72; Claim # 8; Filed: $62,637.72 | 7100-000 | | 62,637.72 | 19,855.28 |
| 05/15/24 | 120 | U.S. Business Administration | Distribution payment - Dividend paid at 100.00% of $3,762.38; Claim # 8I; Filed: $3,762.38 | 7990-000 | | 3,762.38 | 16,092.90 |
| 05/15/24 | 121 | Michael A. Smith | Distribution payment - Dividend paid at 100.00% of $16,092.90; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 16,092.90 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 267,698.13 | 267,698.13 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 267,698.13 | 267,698.13 | |
| Less: Payments to Debtors | | 16,092.90 | |
| NET Receipts / Disbursements | $267,698.13 | $251,605.23 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | | |
|---|---|---|---|
| **Case No.:** | 23-11505-NVA | **Trustee Name:** | Craig B. Leavers (400590) |
| **Case Name:** | Smith & Son's Contracting Company I | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1547 | **Account #:** | ******7941 Checking |
| **For Period Ending:** | 07/10/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $267,698.13 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $16,092.90 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $251,605.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7941 Checking | $267,698.13 | $251,605.23 | $0.00 |
| | **$267,698.13** | **$251,605.23** | **$0.00** |

07/10/2024
Date

/s/Craig B. Leavers
Craig B. Leavers

UST Form 101-7-TDR (10 /1/2010)